UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE F.,[1]<br><br>            Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>            Defendant. | Case No.:  24cv10-LR<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND AND REMANDING ACTION TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS**<br><br>**[ECF No. 11]** |

   Currently before the Court is the parties "Joint Motion Stipulating to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)." (ECF No. 11.)  The parties note that as a part of their stipulation to remand this action back to the Social Security Administration for further administrative proceedings, the Commissioner of Social Security "will further develop the record as necessary, and issue a new decision."  (Id. at 1.)

///

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

Having considered the parties' joint motion, the Court **GRANTS** the parties' request and **REMANDS** this action to the Commissioner of Social Security for further proceedings consistent with the terms of the joint motion.

Additionally, the Court enters **JUDGMENT** in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner of Social Security. Finally, the Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: March 29, 2024

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge